Jennifer Kramer, Cal. State Bar No. 203385
Email: jennifer@employmentattorneyla.com
Ashley Cruz, Cal. State Bar No. 306235
Email: ashley@employmentattorneyla.com
Adrian Hernandez, Cal. State Bar No. 325532
Email: adrian@employmentattorneyla.com
HENNIG KRAMER RUIZ & SINGH, LLP
3600 Wilshire Blvd., Suite 1908
Los Angeles, CA 90010
Telephone: (213) 310-8301

Attorneys for Plaintiff
*JOSHUA WATSON*

Tyler M. Paetkau, Cal. State Bar No. 146305
Email: tyler.paetkau@huschblackwell.com
Olga Savage, Cal. State Bar No. 252009
Email: olga.savage@huschblackwell.com
HUSCH BLACKWELL, LLP
1999 Harrison St., Suite 700
Oakland, CA 94612
Telephone: (510) 768-0650

Attorneys for Defendants
*DOT TRANSPORTATION, INC. AND DOT FOODS, INC.*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WATSON, an individual, and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>DOT TRANSPORTATION, INC., a Delaware Corporation; DOT FOODS, INC., an Illinois Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01303-MCE-AC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE ALL DISCOVERY DEADLINES.**<br><br>Judge:   Hon. Morrison C. England, Jr<br>Courtroom: 7<br><br>[Complaint Filed: June 15, 2021] |

This Joint Stipulation to Continue All Discovery Deadlines is entered into between Plaintiff Joshua Watson, on the one hand, and DOT TRANSPORTATION, INC. and DOT FOODS, INC., on the other hand (collectively, the "Parties"), by and through their counsel for record, with respect to the following facts:

**RECITALS**

1. On about June 15, 2021, Plaintiff Joshua Watson filed Case No.: 34-2021-00302568 against Defendants in the Superior Court of the State of California for the County of Sacramento.

2. On about July 23, 2021, Defendants removed Plaintiff's civil action to the United States District Court for the Eastern District of California, where it was assigned to the Honorable Morrison C. England, Jr., as Case No.: 2:21-cv-01303-MCE-AC. Case No.: 2:21-cv-01303-MCE-AC is a class-action and PAGA lawsuit filed on behalf of employees working for Defendants from June 15, 2017 to the present who were previously or are currently employed as truck drivers, as well as all other non-exempt, hourly-paid employees with similar titles or job duties.

3. On about August 23, 2021, Plaintiff filed his First Amended Complaint ("FAC") to allege penalties under the Private Attorneys General Act ("PAGA"), Labor Code § 2698 *et seq.*

4. On about September 14, 2021, Defendants filed their answer to Plaintiff's FAC.

5. On about September 20, 2021, the Parties conferred pursuant to Fed. R. Civ. P. 26(f). On about October 12, 2021, the Parties served their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

6. On about January 26, 2021, Plaintiff noticed the depositions of Dot Foods, Inc. (Person Most Qualified) and Dot Transportation, Inc. (Person Most Qualified). Plaintiff also propounded the following written discovery on Defendant Dot Transportation, Inc.: Plaintiff Joshua's Watson's Request for Production of Documents (Set One) to Defendant Dot Transportation, Inc. and Plaintiff Joshua's Watson's Interrogatories (Set One) to Defendant Dot Transportation, Inc.

7. On about January 27, 2022, Plaintiff propounded the following discovery on Defendant Dot Foods, Inc.: Plaintiff Joshua Watson's Request for Production of Documents (Set One) to Defendant Dot Foods, Inc. and Plaintiff Joshua Watson's Interrogatories (Set One) to Defendant Dot Foods, Inc.

8. On about February 22, 2022, Defendants requested an extension to March 11, 2022 to respond to Plaintiff's discovery requests, which Plaintiff granted. On about March 10, 2022, Defendants requested a further extension to March 18, 2022 to respond to Plaintiff's discovery requests, which Plaintiff also granted. On March 18, 2022, Defendants served their responses to Plaintiff's discovery requests. Defendants intend to propound written discovery shortly, and the Parties are in the process of meeting and conferring regarding discovery matters, deposition dates and a proposed notice procedure for putative class members under *Belaire-West Landscape, Inc. v. Superior Court*, 149 Cal. App. 4th 554 (2007).

9. On about April 28, 2022, the Parties filed the Joint Stipulation and Proposed Protective Order Regarding Confidential Information.

10. On about June, 1, 2022, Plaintiff emailed Defendants to meet and confer regarding a proposed notice procedure for putative class members under *Belaire-West Landscape, Inc. v. Superior Court*, 149 Cal. App. 4th 554 (2007), to be administered by a third-party administrator.

11. In or about July 2022, this case transferred from Defendants' counsel Tyler Paetkau and Olga Savage's former firm, Procopio, Cory, Hargreaves & Savitch LLP, to their current firm, Husch Blackwell, LLP.

12. On about July 28, 2022, the Parties met and conferred to discuss outstanding discovery matters, as well as the present stipulation to revise this Court's scheduling order to ensure that both Parties have ample time to conduct outstanding discovery. The Parties agreed that, in light of the current state of the discovery and the transfer of the case, additional time is needed for both Parties to complete pre-certification and merits discovery.

13. During the July 28, 2022 meet and confer call, the Parties agreed to an extension of the current discover deadlines, in accordance with the schedule set forth below. Plaintiff believes the proposed extension will provide sufficient time for Plaintiff to conduct the outstanding discovery needed for Plaintiff's Motion of Class Certification, including completion of the *Belaire West* notice process, conducting the PMQ depositions of Defendants Dot Foods, Inc. and Dot Transportation, Inc., along with any additional written discovery and depositions of percipient witnesses. Defendants believes the proposed extension will provide sufficient time for Defendants to conduct the deposition of Plaintiff Joshua Watson and propound any written discovery.

**STIPULATION**

In light of the foregoing facts, the Parties agree as follows:

1. The fact discovery deadline should be continued until January 12, 2023.
2. The expert witness disclosure deadline should be continued until March 13, 2023.
3. The rebuttal expert witness disclosure deadline should be continued until April 12, 2023.
4. If the parties do not intend to file dispositive motions, the deadline to file the Joint Notice of Trial Readiness should be continued until May 12, 2023, or else not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion(s).
5. The dispositive motion hearing deadline should be continued until July 11, 2023.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

                              Respectfully submitted,

Dated: August 22, 2022                  HUSCH BLACKWELL, LLP

                              By: /s/ Olga Savage
                              Tyler M. Paetkau
                              Olga Savage
                              Attorneys for Defendants

///

Dated: August 22, 2022                                    HENNIG KRAMER RUIZ & SINGH LLP

By: _/s/ Adrian Hernandez_____
Jennifer Kramer
Ashley Cruz
Adrian Hernandez
Attorneys for Plaintiff

**ORDER**

Having reviewed the above Stipulation and Proposed Order to Continue All Discovery Deadlines, the Court finds that good cause exists for the entry of this Order.  Accordingly, the parties' Stipulation is GRANTED, and the deadlines are modified as follows:

1. The fact discovery deadline should be continued until January 12, 2023.
2. The expert witness disclosure deadline should be continued until March 13, 2023.
3. The rebuttal expert witness disclosure deadline should be continued until April 12, 2023.
4. If the parties do not intend to file dispositive motions, the deadline to file the Joint Notice of Trial Readiness should be continued until May 12, 2023, or else not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion(s).
5. The dispositive motion hearing deadline should be continued until July 11, 2023.

IT IS SO ORDERED.

Dated:  August 22, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE