Jennifer Kramer, Cal. State Bar No. 203385)
Email: jennifer@employmentattorneyla.com
Ashley Cruz, Cal. State Bar No. 306235)
Email: ashley@employmentattorneyla.com
Adrian Hernandez, Cal. State Bar No. 325532)
Email: adrian@employmentattorneyla.com
HENNIG KRAMER RUIZ & SINGH, LLP
3600 Wilshire Blvd., Suite 1908
Los Angeles, CA 90010
Telephone: (213) 310-8301

Attorneys for Plaintiff
*JOSHUA WATSON*

Tyler M. Paetkau, Cal. State Bar No. 146305
Email: tyler.paetkau@huschblackwell.com
Olga Savage, Cal. State Bar No. 252009
Email: olga.savage@huschblackwell.com
HUSCH BLACKWELL, LLP
1999 Harrison St., Suite 700
Oakland, CA 94612
Telephone: (510) 768-0650

Attorneys for Defendants
*DOT TRANSPORTATION, INC. AND DOT FOODS, INC.*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOSHUA WATSON, an individual, and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>DOT TRANSPORTATION, INC., a Delaware Corporation; DOT FOODS, INC., an Illinois Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01303-MCE-AC<br><br>**STIPULATION AND ORDER REGARDING BELAIRE NOTICE PROCESS**<br><br>Judge: The Hon. Morrison C. England, Jr. |
|---|---|

1    This Stipulation is entered into by and between Joshua Watson, as an individual and on
2  behalf of others similarly situated and other aggrieved employees ("Plaintiffs") and Defendants
3  DOT Transportation, Inc. and DOT Foods, Inc. ("Defendants") (collectively, the "Parties"), with
4  reference to the following facts:

5    A.    On or about June 15, 2021, Plaintiff Joshua Watson filed Case No.: 34-2021-
6  00302568 against Defendants in the Superior Court of the State of California for the County of
7  Sacramento.  On July 23, 2021, Defendants removed Plaintiff's civil action to the United States
8  District Court for the Eastern District of California, where it was assigned to the Honorable
9  Morrison C. England, Jr., as Case No.: 2:21-cv-01303-MCE-AC.  Case No.: 2:21-cv-01303-MCE-
10 AC is a class-action and PAGA lawsuit filed on behalf of truck drivers working for Defendants
11 from June 15, 2017 to the present who were previously or are currently employed as truck drivers,
12 as well as all other non-exempt, hourly-paid employees with similar titles or job duties.  Plaintiff
13 has asked Defendants to provide the names and contact information of all such employees who
14 worked for Defendants from June 15, 2017 to the present;

15    B.    The Parties have met and conferred and agreed that Defendants will give a third-
16 party administrator a list of the names, last known addresses, last known telephone numbers, and
17 all known email addresses of the individuals that worked for Defendants as California truck
18 drivers at any time since June 15, 2017, as well as all other non-exempt, hourly-paid employees
19 with similar titles or job duties that worked during the same time period, and that, subject to an
20 agreed-upon and Court-approved notice procedure under *Belaire-West Landscape, Inc. v. Superior
21 Court*, 149 Cal. App. 4th 554 (2007), the third-party administrator shall do an initial round of
22 mailed notices to the truck drivers and all other non-exempt, hourly-paid employees with similar
23 titles or job duties, an address trace on any notices returned as undeliverable, and a follow-up
24 round of notices to the truck drivers and all other non-exempt, hourly-paid employees with similar
25 titles or job duties, whereupon the third-party administrator shall provide to Plaintiff the name, last
26 known address, last known telephone number, and all known email addresses of the truck drivers
27 and all other non-exempt, hourly-paid employees with similar titles or job duties, who do not
28 object to the disclosure of their information; and

C.  The Parties have met and conferred and have agreed to a notice procedure under *Belaire-West Landscape, Inc.*, *supra*, 149 Cal. App. 4th 554 to be administered by CPT Group, Inc., 50 Corporate Park, Irvine, CA 92606 (the "Administrator"), on the terms set forth herein and subject to the Court's approval.

NOW, THEREFORE, the Parties hereby stipulate, through their respective attorneys, as follows:

1.  Notice to the truck drivers and all other non-exempt, hourly-paid employees with similar titles or job duties of the proposed disclosure of their name, last known address, last known telephone number, and email addresses ("contact information") and instructions on how to object to the disclosure shall be given via a notice and return postcard, the contents of which are shown on Exhibit A ("*Belaire* notice") hereto.

2.  Within fifteen (15) business days of entry of the Court's order approving this Stipulation, Defendants' counsel shall email to the Administrator, in electronic spreadsheet format, the contact information of the unique California truck drivers and all other non-exempt, hourly-paid employees with similar titles or job duties, who worked for Defendants at any time since June 15, 2017 to the present, along with a copy of this Stipulation and Order.

3.  Within three (3) business days of the Administrator's receipt of the contact information, the Administrator shall prepare the *Belaire* notice for mailing and send it to counsel for the Parties for approval. The *Belaire* notice shall be prepared on the Administrator's letterhead. Counsel for the Parties shall give approval or raise objections within five (5) court days.

4.  Three (3) business days after the Parties approve the *Belaire* notice, the Administrator shall mail the *Belaire* notice to the truck drivers and all other non-exempt, hourly-paid employees with similar titles or job duties, for whom contact information was provided to the Administrator, by first-class U.S. Mail, with postage-paid reply postcards.

5.  Subject employees receiving a *Belaire* notice will have thirty (30) calendar days from the date on the *Belaire* notice to request that their contact information not be disclosed to Plaintiff's counsel, as stated in the *Belaire* notice. The decision by an employee to object to the

disclosure of his, her, or their contact information shall be communicated by completing and mailing the return postcard to the Administrator no later than the date stated in the *Belaire* notice.

6. Five (5) business days after the deadline for the truck drivers and all other non-exempt, hourly-paid employees with similar titles or job duties to object to the disclosure of their contact information, the Administrator will email to counsel for the Parties an excel spreadsheet with the contact information for each truck driver and all other non-exempt, hourly-paid employees with similar titles or job duties, for whom contact information was provided to the Administrator, except the Administrator shall first remove the contact information for those truck drivers and all other non-exempt, hourly-paid employees with similar titles or job duties, if any, who timely objected to the disclosure of their contact information.

7. Plaintiff's counsel shall use the contact information provided to them by the Administrator only for purposes of the present litigation, and shall not disseminate any of the contact information to any other person or entity.

8. Plaintiff's side and Defendants' side shall split the Administrator's fees and costs for administering the *Belaire* notice 50/50.

9. At any time, either party may ask the Court to modify this Stipulation or otherwise relieve the party from the terms of this Stipulation, on noticed motion or *ex parte* application, for good cause shown.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

                                                Respectfully submitted,

Dated: October 24, 2022                        HUSCH BLACKWELL, LLP

                                                By: /s/ Olga Savage
                                                Tyler M. Paetkau
                                                Olga Savage
                                                Attorneys for Defendants

Dated: October 24, 2022                               HENNIG KRAMER RUIZ & SINGH LLP

By: /s/ Adrian Hernandez
Jennifer Kramer
Ashley Cruz
Adrian Hernandez
Attorneys for Plaintiff

## ORDER

GOOD CAUSE APPEARING, the Court hereby GRANTS this Stipulation and enters this Order thereon.

IT IS SO ORDERED.

DATED: October 24, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE