Jennifer Kramer, Cal. State Bar No. 203385
Email: jennifer@employmentattorneyla.com
Ashley Cruz, Cal. State Bar No. 306235
Email: ashley@employmentattorneyla.com
Adrian Hernandez, Cal. State Bar No. 325532
Email: adrian@employmentattorneyla.com
HENNIG KRAMER RUIZ & SINGH, LLP
3600 Wilshire Blvd., Suite 1908
Los Angeles, CA 90010
Telephone: (213) 310-8301

Attorneys for Plaintiff
*JOSHUA WATSON*

Tyler M. Paetkau, Cal. State Bar No. 146305
Email: tyler.paetkau@huschblackwell.com
Olga Savage, Cal. State Bar No. 252009
Email: olga.savage@huschblackwell.com
HUSCH BLACKWELL, LLP
1999 Harrison St., Suite 700
Oakland, CA 94612
Telephone: (510) 768-0650

Attorneys for Defendants
*DOT TRANSPORTATION, INC. AND DOT FOODS, INC.*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WATSON, an individual, and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>DOT TRANSPORTATION, INC., a Delaware Corporation; DOT FOODS, INC., an Illinois Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01303-MCE-AC<br><br>**JOINT STIPULATION TO CONTINUE ALL DISCOVERY DEADLINES.**<br><br>Judge:  Hon. Morrison C. England, Jr<br>Courtroom: 7<br><br>[Complaint Filed: June 15, 2021] |

This Joint Stipulation to Continue All Discovery Deadlines is entered into between Plaintiff Joshua Watson, on the one hand, and DOT TRANSPORTATION, INC. and DOT FOODS, INC., on the other hand (collectively, the "Parties"), by and through their counsel for record, with respect to the following facts:

**RECITALS**

1. This is the second stipulation the parties are submitting to continue discovery deadlines.

2. On about January 26, 2022, Plaintiff noticed the depositions of Dot Foods, Inc. (Person Most Qualified) and Dot Transportation, Inc. (Person Most Qualified). Plaintiff also propounded the following written discovery on Defendant Dot Transportation, Inc.: Plaintiff Joshua's Watson's Request for Production of Documents (Set One) to Defendant Dot Transportation, Inc. and Plaintiff Joshua's Watson's Interrogatories (Set One) to Defendant Dot Transportation, Inc.

3. On about January 27, 2022, Plaintiff propounded the following discovery on Defendant Dot Foods, Inc.: Plaintiff Joshua Watson's Request for Production of Documents (Set One) to Defendant Dot Foods, Inc. and Plaintiff Joshua Watson's Interrogatories (Set One) to Defendant Dot Foods, Inc.

4. After agreed-upon extensions of their response deadlines, Defendants provided written responses and a document production.

5. On about June, 1, 2022, Plaintiff emailed Defendants to meet and confer regarding a proposed notice procedure for putative class members under *Belaire-West Landscape, Inc. v. Superior Court*, 149 Cal. App. 4th 554 (2007), to be administered by a third-party administrator.

6. On or about July 2022, this case transferred from Defendants' counsel Tyler Paetkau and Olga Savage's former firm, Procopio, Cory, Hargreaves & Savitch LLP, to their current firm, Husch Blackwell, LLP.

7. On about July 28, 2022, the Parties met and conferred to discuss outstanding discovery matters, as well as the Parties' first stipulation to revise this Court's

scheduling order. The Parties agreed that, in light of the state of the discovery and the transfer of the case, additional time was needed for both Parties to complete pre-certification and merits discovery. The parties continued to meet and confer regarding the proposed stipulation to extend discovery deadlines and filed their first Stipulation to Extend the Discovery Deadlines on August 12, 2022. The Court approved the Stipulation on August 22, 2022.

8. Between approximately August 18, 2022 and October 2022, the Parties met and conferred regarding the terms of the *Belaire West* Notice Procedure.

9. On or about October 12, 2022, Plaintiff's counsel contacted the agreed-upon third-party administrator CPT Group to initiate the *Belaire West* Notice procedure pending approval of the Stipulation and Order by this Court. On October 18, 2022, the Parties' filed the Stipulation and Proposed Order Regarding the *Belaire Notice* Process and the *Belaire West* Notice and Postcard. The Stipulation and Proposed Order was approved by this Court on October 24, 2022.

10. On December 2, 2022, Defendants provided the putative class list with contact information to CPT. On December 6, 2022, CPT Group completed the mailing of Belaire Notice and Postcard. Pursuant to the Order, subject employees receiving a *Belaire* notice will have thirty (30) calendar days from the date on the Belaire notice to opt-out, or until January 5, 2023.

11. As to Plaintiff's January 26, 2022 Rule 30(b)(6) deposition notices, Defendants provided dates of availability for these depositions on or about November 23, 2022. The dates provided are in January of 2023. Defendants' counsel also requested dates for Plaintiff's deposition.

12. Given the timing of discovery in this case, the need to complete the *Belaire West* privacy notice procedure and the Parties' ongoing conferral regarding the scope of both pre-certification discovery and merits discovery (in the event that a class is certified), Defendant's counsel suggested a further extension of the discovery deadlines.

13. Shortly thereafter, the Parties agreed to an extension of the current discovery deadlines, in accordance with the schedule set forth below. Plaintiff believes the proposed extension will provide sufficient time for Plaintiff to conduct the outstanding discovery needed for Plaintiff's Motion of Class Certification, including completion of the *Belaire West* notice process, conducting the Rule 30(b)(6) depositions of Defendants Dot Foods, Inc. and Dot Transportation, Inc., along with any additional written discovery and depositions of percipient witnesses. Defendants believes the proposed extension will provide sufficient time for Defendants to conduct the deposition of Plaintiff Joshua Watson and any other necessary witnesses, and to complete any written discovery.

## STIPULATION

In light of the foregoing facts, the Parties agree as follows:

1. The fact discovery deadline should be continued until December 5, 2023.
2. The expert witness disclosure deadline should be continued until February 5, 2024.
3. The rebuttal expert witness disclosure deadline should be continued until March 6, 2024.
4. If the parties do not intend to file dispositive motions, the deadline to file the Joint Notice of Trial Readiness should be continued until April 5, 2024, or else not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion(s).
5. The dispositive motion hearing deadline should be continued until June 3, 2024.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated: December 19, 2022         HUSCH BLACKWELL, LLP

By: /s/ Olga Savage
Tyler M. Paetkau
Olga Savage
Attorneys for Defendants

Dated: December 19, 2022					HENNIG KRAMER RUIZ & SINGH LLP

								By: _/s/ Adrian Hernandez_____
								Jennifer Kramer
								Ashley Cruz
								Adrian Hernandez
								Attorneys for Plaintiff

### **ORDER**

Having reviewed the above Stipulation and Proposed Order to Continue All Discovery Deadlines, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order.

IT IS SO ORDERED.

DATED: December 19, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE