Jennifer Kramer, Cal. State Bar No. 203385
Email: jennifer@employmentattorneyla.com
Ashley Cruz, Cal. State Bar No. 306235
Email: ashley@employmentattorneyla.com
Adrian Hernandez, Cal. State Bar No. 325532
Email: adrian@employmentattorneyla.com
HENNIG KRAMER RUIZ & SINGH, LLP
3600 Wilshire Blvd., Suite 1908
Los Angeles, CA 90010
Telephone: (213) 310-8301

Attorneys for Plaintiff
*JOSHUA WATSON*

Tyler M. Paetkau, Cal. State Bar No. 146305
Email: tyler.paetkau@huschblackwell.com
Olga Savage, Cal. State Bar No. 252009
Email: olga.savage@huschblackwell.com
HUSCH BLACKWELL, LLP
1999 Harrison St., Suite 700
Oakland, CA 94612
Telephone: (510) 768-0650

Attorneys for Defendants
*DOT TRANSPORTATION, INC. AND DOT FOODS, INC.*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WATSON, an individual, and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>DOT TRANSPORTATION, INC., a Delaware Corporation; DOT FOODS, INC., an Illinois Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01303-MCE-AC<br><br>**JOINT STIPULATION TO CONTINUE ALL DISCOVERY DEADLINES.**<br><br>Judge:   Hon. Morrison C. England, Jr<br>Courtroom:   7<br><br>[Complaint Filed: June 15, 2021] |

This Joint Stipulation to Continue All Discovery Deadlines is entered into between Plaintiff Joshua Watson, on the one hand, and DOT TRANSPORTATION, INC. and DOT FOODS, INC., on the other hand (collectively, the "Parties"), by and through their counsel for record, with respect to the following facts:

**RECITALS**

1. This is the third stipulation the parties are submitting to continue discovery deadlines.

2. On about January 26, 2022, Plaintiff noticed the Rule 30(b)(6) depositions of Dot Foods, Inc. (Person Most Qualified) and Dot Transportation, Inc. (Person Most Qualified). Plaintiff also propounded the following written discovery on Defendant Dot Transportation, Inc.: Plaintiff Joshua's Watson's Request for Production of Documents (Set One) to Defendant Dot Transportation, Inc. and Plaintiff Joshua's Watson's Interrogatories (Set One) to Defendant Dot Transportation, Inc.

3. On about January 27, 2022, Plaintiff propounded the following discovery on Defendant Dot Foods, Inc.: Plaintiff Joshua Watson's Request for Production of Documents (Set One) to Defendant Dot Foods, Inc. and Plaintiff Joshua Watson's Interrogatories (Set One) to Defendant Dot Foods, Inc.

4. After agreed-upon extensions of their response deadlines, Defendants provided written responses and a document production.

5. On about June, 1, 2022, Plaintiff emailed Defendants to meet and confer regarding a proposed notice procedure for putative class members under *Belaire-West Landscape, Inc. v. Superior Court*, 149 Cal. App. 4th 554 (2007), to be administered by a third-party administrator.

6. On or about July 2022, this case transferred from Defendants' counsel Tyler Paetkau and Olga Savage's former firm, Procopio, Cory, Hargreaves & Savitch LLP, to their current firm, Husch Blackwell, LLP.

7. On about July 28, 2022, the Parties met and conferred to discuss outstanding discovery matters, as well as the Parties' first stipulation to revise this Court's

scheduling order. The Parties agreed that, in light of the state of the discovery and the transfer of the case, additional time was needed for both Parties to complete pre-certification and merits discovery. The parties continued to meet and confer regarding the proposed stipulation to extend discovery deadlines and filed their first Stipulation to Extend the Discovery Deadlines on August 12, 2022. The Court approved the Stipulation on August 22, 2022.

8. Between approximately August 18, 2022 and October 2022, the Parties met and conferred regarding the terms of the *Belaire West* Notice Procedure.

9. On or about October 12, 2022, Plaintiff's counsel contacted the agreed-upon third-party administrator CPT Group to initiate the *Belaire West* Notice procedure pending approval of the Stipulation and Order by this Court. On October 18, 2022, the Parties' filed the Stipulation and Proposed Order Regarding the *Belaire West* Notice Process and the *Belaire West* Notice and Postcard. The Stipulation and Proposed Order was approved by this Court on October 24, 2022.

10. As to Plaintiff's January 26, 2022 Rule 30(b)(6) deposition notices, Defendants provided dates of availability for these depositions on or about November 23, 2022. The dates provided were in January of 2023.

11. On December 2, 2022, Defendants provided the putative class list with contact information to CPT. On December 6, 2022, CPT Group completed the mailing of *Belaire* Notice and Postcard. On January 12, 2023, CPT Group provided the list of non-respondents to counsel pursuant to *Belaire West*.

12. On December 12, 2022, Defendants served their Request for Production of Documents, Set One, to Plaintiff. On December 13, 2022, Plaintiff served on Defendants Plaintiff's Request for Production of Documents (Set Two) and Plaintiff's Interrogatories (Set Two), along with Plaintiff's Amended Rule 30(b)(6) Deposition Notices. After mutual extensions of time, the parties served their discovery responses on February 2, 2023.

13. On January 17, 2023, Plaintiff took the Rule 30(b)(6) deposition of Defendant Dot Transportation Inc.'s designee as to Topics 2-10. Between January and February

2023, the parties met and conferred regarding the availability of Defendants' designees as to Topic 1 of the Rule 30(b)(6) deposition.

14. On February 21, 2023, Defendant provided dates for Defendants' Rule 30(b)(6) depositions as to Topic 1. On March 20, 2023, and March 28, 2023, Plaintiff took the Rule 30(b)(6) depositions as to Topic 1 of Defendant Dot Foods Inc. and Dot Transportation, Inc., respectively.

15. On April 14, 2023, Defendants took the deposition of Plaintiff Joshua Watson.

16. Between May and June 2023, the Parties met and conferred regarding Defendants' discovery responses.  On June 5, 2023, the Parties agreed to a pause on formal discovery in order to set up a joint mediation in the *Watson* matter and *Mark-Waterhouse .v. Dot Transportation Inc., et al*., Case No. CV-22-004102 (Stanislaus County Superior Court).

17. Between June 9, 2023, and July 31, 2023, the Parties in both the *Watson* and *Mark-Waterhouse* matters met and conferred regarding mediator selection and the Parties' availability for mediation. Joint mediation in both the *Watson* and *Mark-Waterhouse* matter is scheduled for December 5, 2023.

18. Given the timing of discovery in this case, and the need to complete mediation on December 5, 2023, the Parties agreed to an additional Joint Stipulation to Continue Discovery Deadlines in the *Watson* matter, to allow the Parties sufficient time to prepare for mediation and if necessary, continue litigation.

19. The Parties agreed to an extension of the current discovery deadlines, in accordance with the schedule set forth below. Plaintiff believes the proposed extension will provide sufficient time for Plaintiff to conduct the outstanding discovery needed for Plaintiff's Motion of Class Certification, should mediation prove unsuccessful. Defendants believe the proposed extension will provide sufficient time for Defendants to conduct the deposition of any other necessary witnesses, and to complete any written discovery.

///

///

**STIPULATION**

In light of the foregoing facts, the Parties agree as follows:

1. The fact discovery deadline should be continued until April 3, 2024.
2. The expert witness disclosure deadline should be continued until June 4, 2024.
3. The rebuttal expert witness disclosure deadline should be continued until July 5, 2024.
4. If the parties do not intend to file dispositive motions, the deadline to file the Joint Notice of Trial Readiness should be continued until August 5, 2024, or else not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion(s).
5. The dispositive motion hearing deadline should be continued until October 1, 2024.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated: October 4, 2023    HUSCH BLACKWELL, LLP

By: /s/ Olga Savage
Tyler M. Paetkau
Olga Savage
Attorneys for Defendants

Dated: October 4, 2023    HENNIG KRAMER RUIZ & SINGH LLP

By: /s/ Adrian Hernandez
Jennifer Kramer
Ashley Cruz
Adrian Hernandez
Attorneys for Plaintiff

**ORDER**

Having reviewed the above Stipulation and Proposed Order to Continue All Discovery Deadlines, and finding it supported by good cause, IT IS HEREBY ORDERED that the requests set forth therein are GRANTED.

IT IS SO ORDERED.

Dated:  October 4, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO CONTINUE ALL DISCOVERY DEADLINES