1  David Mara (SBN 230498)
   Matthew Crawford (SBN 310230)
2  **MARA LAW FIRM, PC**
   2650 Camino Del Rio N., Suite 302
3  San Diego, CA 92108
   Telephone:  619 234 2833
4  Facsimile:   619 234 4048
   Email:      dmara@maralawfirm.com
5              mcrawford@maralawfirm.com

6  Jennifer Kramer, SBN 203385
   Email: jennifer@employmentattorneyla.com
7  **HENNIG KRAMER RUIZ & SINGH, LLP**
   3600 Wilshire Blvd., Suite 3600
8  Los Angeles, CA 90010
   Telephone: (213) 310-8301
9
   Attorneys for Plaintiffs JOSHUA WATSON and
10 ROBERT MARK-WATERHOUSE.

11 Tyler M. Paetkau (Bar No. 146305)
   tyler.paetkau@huschblackwell.com
12 Olga Savage (Bar No. 252009)
   olga.savage@huschblackwell.com
13 **HUSCH BLACKWELL LLP**
   1999 Harrison St., Suite 700
14 Oakland, CA 94612
   Telephone: 510.768.0650
15 Facsimile: 510.768.0651

16 Attorneys for Defendants DOT TRANSPORTATION, INC.
   and DOT FOODS, INC.
17

18                **UNITED STATES DISTRICT COURT**

19              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  JOSHUA WATSON, an individual, and on behalf of others similarly situated, | Case No. 2:21-cv-01303-MCE-AC |
| 21                       Plaintiffs, | **STIPULATION PERMITTING PLAINTIFF LEAVE TO A SECOND AMENDED COMPLAINT** |
| 22       v. | |
| 23  DOT TRANSPORTATION, INC., a Delaware Corporation; DOT FOODS, INC., an Illinois Corporation; and DOES 1 through 50, Inclusive, | Judge:      Hon. Morrison C. England, Jr Courtroom:   7 |
| 24 | |
| 25 | [Complaint Filed: June 15, 2021] |
| 26                       Defendants. | |

27

28

**THIS STIPULATION** to grant Plaintiff leave to amend the complaint is entered into between Plaintiff Joshua Watson, Plaintiff Robert Mark-Waterhouse, and Defendants DOT Transportation, INC. and DOT Foods, INC.:

1. WHEREAS, Plaintiff Watson filed the initial complaint in the Superior Court of California, in and for the County of Sacramento, on June 15, 2021;

2. WHEREAS, Defendants removed this matter to the United States District Court for the Eastern District of California on or around July 23, 2021;

3. WHEREAS, Plaintiff Watson filed a First Amended Complaint on August 23, 2021;

4. WHEREAS, Plaintiff Watson now seeks to file a Second Amended Complaint to add an additional Plaintiff and class representative, Robert Mark-Waterhouse, and add Mara Law Firm as counsel of record for Plaintiffs;

Based on the above, the Parties hereby stipulate and agree to permitting Plaintiff Watson leave to file a Second Amended Complaint that is attached hereto as **Exhibit 1**.

**IT IS SO STIPULATED.**

DATED: March 6, 2023  **MARA LAW FIRM, PC**

By: /s/ *Matthew Crawford*
David Mara, Esq.
Matthew Crawford, Esq.
Attorneys for Plaintiffs

DATED: March 6, 2023  **HENNIG KRAMER RUIZ & SINGH, LLP**

By: /s/ *Jennifer Kramer*
Jennifer Kramer, Esq.
Attorneys for Plaintiff

DATED: March 1, 2023  **HUSCH BLACKWELL LLP**

By: /s/ *Olga Savage*
Tyler M. Paetkau, Esq.
Olga Savage, Esq.
Attorneys for Defendants

**ATTESTATION**

I, Jennifer Kramer, attest pursuant that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 6, 2023          By:     /s/ *Jennifer Kramer*
                                              Jennifer Kramer, Esq.
                                              Attorneys for Plaintiffs

**ORDER**

The Court grants the Parties' Stipulation and proposed Second Amended Complaint attached thereto as **Exhibit 1**. Not later than five (5) days following the date this Order is electronically filed, Plaintiff shall file that Second Amended Complaint on the Court's docket.

IT IS SO ORDERED.

Dated:  March 12, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE